THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CR05-0343RSM |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER GRANTING |
| ) | STIPULATED MOTION TO |
| ) | EXTEND TIME TO FILE |
| ABEL CASTRO-RUIZ, ) | INFORMATION OR INDICTMENT |
| ) | |
| Defendant. ) | |
| ) | |

THIS MATTER having come before the Court on the stipulated motion of the parties for an order extending the time within which an information or indictment shall be filed, and the Court having considered the stipulated motion of the parties, together with the balance of the records and files herein, the Court now finds and rules as follows:

For the reasons stated in the parties' stipulated motion, the Court finds that the ends of justice served by granting the requested continuance outweigh the interest of the public and Defendant in a speedy trial,

IT IS HEREBY ORDERED that the stipulated motion of the parties to extend the time within an information or indictment shall be filed is GRANTED;

IT IS FURTHER ORDERED that the period of delay from the date of filing of the parties' stipulated motion until November 18, 2005, is excludable, pursuant to 18 U.S.C.

ORDER GRANTING MOTION TO EXTEND
TIME/CASTRO-RUIZ/CR05-343RSM - 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1 §§ 3161(h)(8)(A), (B)(i) -(iv), for the purpose of computing the time limitations imposed
2 by the Speedy Trial Act, 18 U.S.C. §§ 3161-3174.

3   Having advised the Court through the representations of counsel that Defendant
4 has agreed to waive his speedy trial rights under the Speedy Trial Act, 18 U.S.C.
5 §§ 3161-3174, and that he has further agreed that the period from the date of filing of the
6 stipulated motion until November 18, 2005, shall be an excludable period of time
7 pursuant to 18 U.S.C. §§ 3161(h)(8)(A), (B)(i)-(iv), the Defendant shall immediately
8 execute and file a formal waiver of his speedy trial rights documenting his agreement to
9 the continuance and to the exclusion of time.

10   DATED this __11__ day of October, 2005.

*[signature]*

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

s/ Karyn S. Johnson
KARYN S. JOHNSON
Assistant United States Attorney
WSBA# 28857
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Telephone: (206) 553-2462
Facsimile: (206) 553-2422
E-Mail: karyn.s.johnson@usdoj.gov

s/ Nancy Tenney
NANCY TENNEY
Attorney for Abel Castro-Ruiz
Office of the Federal Public Defender
Westlake Center Office Tower
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
Telephone: (206)553-1100
Facsimile: (206)553-0120
E-Mail: nancy_tenney@fd.org

ORDER GRANTING MOTION TO EXTEND
TIME/CASTRO-RUIZ/CR05-343RSM - 2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970